## The Union Improvement Company, Appellant, *v.* George B. Markle et al.

Argued March 27, 1899.   Appeal, No. 428, Jan. T., 1898, by plaintiff, from judgment of C. P. No. 4, Phila. Co., Sept. T., 1898, No. 597, on case stated.   Before GREEN, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

*Thomas Hart, Jr.,* for appellants.

*Richard C. Dale* and *John G. Johnson,* for appellee.

OPINION BY MR. JUSTICE GREEN, May 8, 1899:

For the reasons stated in the opinion in the case between the same parties, No. 422, January term, 1898, ante, p. 329, the judgment in this case is affirmed.

Judgment affirmed.